UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO:  CV-

| | | |
|---|---|---|
| DANA B. TILLOTSON, an individual | ) | |
|                  Plaintiff | ) | |
|       v. | ) | No.: 11-06272 |
| CREDITORS INTERCHANGE, INC. | ) | |
| d/b/a CREDITORS INTERCHANGE | ) | |
| and | ) | |
| CREDITORS INTERCHANGE | ) | |
| RECEIVABLES MANAGEMENT, LLC | ) | |
| d/b/a CREDITORS INTERCHANGE | ) | |
| and | ) | |
| ELIZABETH BROOKS, an individual | ) | |
| and | ) | |
| SUEANN CORRIGAN, an individual | ) | |
| and | ) | |
| JAMES GILETTO, an individual | ) | |
| and | ) | |
| MAGGIE LAW, an individual | ) | |
|                  Defendants | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, DANA B. TILLOTSON, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                    BY:   <u>MPF8441/s/Michael P. Forbes</u>
                              Michael P. Forbes, Esquire
                              Attorney for Plaintiff
                              Law Office of Michael P. Forbes, PC
                              Attorney I.D. #55757
                              200 Eagle Road
                              Suite 220
                              Wayne, PA  19087
                              (610)293-9399